# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TARANI-ALIKE JOHNSON, PHILADELPHIA COUNTY INHABITANT, COMPLAINANT, | : | No. 95 EM 2023 |
| | : | |
| Petitioner | : | Application for Extraordinary Relief |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, HARRY B. REESE, AND POWERS KIRN, LLC, AND SHERIFF OF PHILADELPHIA COUNTY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of January, 2024, the Application for Extraordinary Relief in the form of a Bill of Petition is **DENIED**.